**MANDATE**

NHCT
00-cv-334
Goettel

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

THE HARTFORD STEAM BOILER INSPECTION
AND INSURANCE COMPANY AND WASTE
MANAGEMENT, INC.
    Appellant

DOCKET NO. 03-7124

v.

SOUTHEASTERN REFRACTORIES,
INC.
    Appellee

MARCH 17, 2004



## STIPULATION WITHDRAWING APPEAL WITH PREJUDICE PURSUANT TO RULE 42(b)

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorney's fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ DEPUTY CLERK

Attorney for Appellants
Ernest J. Mattei, Esq.
Day, Berry & Howard, LLP

Attorney for Appellee
Andrew M. Dewey
Baio & Associates, P.C.

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel
April 6, 2004

CERTIFIED: APR 1 3 2004