**MANDATE**

FILED NHCT
00-cv-334
2005 JAN 12 P 2: Goette

U.S. DISTRICT COURT
NEW HAVEN, CT

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

THE HARTFORD STEAM BOILER INSPECTION
AND INSURANCE COMPANY AND WASTE
MANAGEMENT, INC.
    Appellant

DOCKET NO. 03-7124

v.

SOUTHEASTERN REFRACTORIES, INC.
    Appellee

MARCH 17, 2004



## STIPULATION WITHDRAWING APPEAL WITH PREJUDICE PURSUANT TO RULE 42(b)

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorney's fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

_____
Attorney for Appellants
Ernest J. Mattei, Esq.
Day, Berry & Howard, LLP

_____
Attorney for Appellee
Andrew M. Dewey
Baio & Associates, P.C.

So ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel
April 6, 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: JAN 0 5 2005